1  DWIGHT M. SAMUEL (CA SB# 054486)
2  A Professional Corporation
   117 J Street, Suite 202
3  Sacramento, California 95814-2282
   Telephone: (916) 447-1193
4  E-Mail: dmsamuel@oldsaclaw.com

5  Attorney for Defendant
   ADRIANNA BARAJAS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA              )    CASE NO.: CR.S 04-0305 DLJ
                                          )
13 |         Plaintiff,                   )
                                          )
14 |    v.                                )
                                          )    REQUEST FOR ORDER AND ORDER
15 |                                      )    EXONERATING BOND
   | ADRIANNA BARAJAS,                    )
16 |                                      )
   |         Defendant.                   )
17 | _____)

18

19     On September 14, 2004 an appearance bond secured by a deed against the real

20  property of Guadalupe and Lourdes Barajas, was posted on behalf of Adriana Barajas, No.

21  Cr.S-06-0343. The property secured by a deed of trust (deed#: 2004-0039415) is 1440 May

22  Street, West Sacramento, CA 95605. Ms. Barajas was arrested in this district based upon

23  an indictment filed in this district.

24

25     On October 23, 2007, Ms. Barajas was sentenced in this case and subsequently her

26  self surrender date was set for January 4, 2008.  Defendant has self surrendered and a

27  copy of the judgment is attached as exhibit to this request.

28     It is hereby requested that the secured appearance bond be exonerated in the

above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Guadalupe and Lourdes Barajas.

Dated: March 11, 2008                            Respectfully submitted,


                                                  /S/Dwight M. Samuel
                                                 Dwight M. Samuel
                                                 Attorney for Defendant
                                                 Adrianna Barajas


    IT IS HEREBY ORDERED that the bail bond posted by Guadalupe and Lourdes Barajas and secured by a Deed of Trust for their property is hereby exonerated.

Dated:   March 12, 2008

                                                 _____
                                               D. Lowell Jensen
                                               U.S. District Court Judge